IN THE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TINA MOORE, | : | |
| Plaintiff, | : | CASE NO. 2:22-cv-01961-MWH-EPD |
| | : | |
| v. | : | DISTRICT JUDGE: MICHAEL H. WATSON |
| | : | |
| NATIONWIDE CHILDREN'S HOSPITAL, | : | |
| | : | MAGISTRATE JUDGE: ELIZABETH PRESTON DEAVERS |
| Defendant. | : | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Tina Moore filed her Complaint in Franklin County Court of Common Pleas on April 12, 2022 seeking relief in the form of a temporary injunction based upon the Plaintiff's prior-existing complaint filed with the Cleveland Office of the Equal Employment Opportunity Commission. Mediator Deanna R. Jackson of the Cleveland Office of the EEOC (deanna.jackson@eeoc.gov; 216.306.1117), has set this EEOC charge # 532-2022-01761, on for a course of mediation but Nationwide Children's Hospital (defendant) has not responded yet. The Plaintiff's complaint for a temporary injunction filed originally in Franklin County Ohio Court of Common Pleas, was solely purposed to prevent NCH from taking any action at all against the Plaintiff until AFTER THE EEOC HAD RENDERED ITS DECISION OR RULING. There was NO FEDERAL QUESTION to be decided. The Defendant's removal of this action to Federal jurisdiction was an abuse of process and created an unnecessary burden on this Federal Court.

Since the Defendant took retaliatory ACTION Against the Plaintiff and terminated her employment before the EEOC decision has been rendered, **the plaintiff withdraws her complaint for a temporary injunction because the issue is moot.**

Plaintiff's counsel begs this Court's discretion because although plaintiff's counsel successfully passed the Federal Bar exam in 1990, he has not spent 1 minute practicing in the Federal jurisdiction. That is why we told the Judge's office in mid-April that plaintiff's counsel was not adequately experienced in this Court to properly represent the Plaintiff. However, considering the ORDER issued by Magistrate Judge Elizabeth Preston Deavers on May 19, 2022, we felt compelled to reply and submit a response before May 23rd, 2022.

Respectfully submitted,

Don H. Chapin, Esq. (0041203)
8558 Morris road
Hilliard, Ohio  43026
Tel. (614) 790-0060
Email: donc0725@gmail.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above was filed personally on May 20, 2022. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by personal delivery. Parties may access this filing through the Court's system. A copy will also be served by electronic mail to the following:

Defendant's Attorney : Daniel J. Clark, Vorys, Sater, Seymour and Pease LLP
52 East Gay Street | Columbus, Ohio 43215

Direct: 614.464.6436
Fax: 614.719.4650
Email: djclark@vorys.com
*www.vorys.com*

_____
Don H. Chapin, Esq.
8558 Morris Rd.
Hilliard, OH 43026
Donc0725@gmail.com